UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTINE PARIS,

    Plaintiff,

v.                                     Case No: 5:13-cv-620-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Christine Paris's appeal of an administrative decision denying her applications for disability insurance benefits and supplemental security income. (Doc. 1.) The Court referred the case to U.S. Magistrate Judge Philip R. Lammens. Judge Lammens entered a report and recommendation (Doc. 18) to which Paris filed an objection (Doc. 19). Having reviewed the Report and Recommendation and Paris's objections, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED**.

    2. The Commissioner's final decision in this case is **AFFIRMED**.

    3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___3___ day of March, 2015.

                                                G. KENDALL SHARP
                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record